In the Matter of READER MAIL, INC., Appellant, against SOL FISHKO, as President of Paper Workers & Distributing Trades Union, Local 447 of International Printing Pressmen and Assistants' Union of North America, A. F. of L., an Unincorporated Association, Respondent.

Submitted November 22, 1943; decided December 2, 1943.

*Lloyd B. Kanter* and *Oscar A. Lewis* for motion.
*Mildred Roth* and *Frank Scheiner* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.